EXHIBIT D

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**TX 9-628-406**

**Effective Date of Registration:**
August 20, 2026

**Registration Decision Date:**
August 21, 2026

## Title

**Title of Work:** Wave Browser

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** January 26, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Eightpoint Technologies Ltd. SEZC
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** Cayman Islands
  **Domiciled in:** Cayman Islands

- **Author:** Eightpoint Interactive, Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Eightpoint Technologies Ltd. SEZC
Signal House, Fairbanks Road, George Town, KY1-9006, Cayman Islands
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** computer program

**New material included in claim:** computer program

## Certification

**Name:** Isabelle Jung Greenberg
**Date:** August 20, 2026

**Correspondence:** Yes