**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MEYERS DIVISION**

**Case No. 2:26-CV-02553-KCD-KRH**

EIGHTPOINT TECHNOLOGIES,
LTD. SEZC, and EIGHTPOINT
INTERACTIVE, INC.

Plaintiffs,

v.

BLAZERBROWSER.COM, LLC,
BROADBURST MEDIA, LLC,
NEARSET, LLC,
TUCKER INTERACTIVE, LLC,
BENJAMIN TUCKER,
RYAN HORVATH, and
BRYAN JOHNSON,

Defendants.

_________________________________/

## NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), Plaintiffs hereby designate as lead counsel:

John C. Carey (Florida Bar No. 78379)
Carey Rodriguez LLP
121 Alhambra Plaza, Suite 1000
Coral Gables, Florida 33134
Telephone: (305) 356-5455

Respectfully submitted,

By: *_/s/John C. Carey_*

John C. Carey (Florida Bar No. 78379)
Email: jcarey@careyrodriguez.com
Ethan B. Rodriguez (Florida Bar No. 1036022)

Email: erodriguez@careyrodriguez.com
**CAREY RODRIGUEZ LLP**
121 Alhambra Plaza, Suite 1000
Coral Gables, Florida 33134
Telephone: (305) 372-7474